UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Gary-Alan Bedard

    v.                                    Case No. 25-cv-159-LM-TSM

Town of Weare, NH


ORDER


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 27, 2026. For the reasons explained therein, Bedard's complaint is dismissed without prejudice to Bedard's right to file an amended complaint.

_____
Landya B. McCafferty
United States District Judge

Date: June 10, 2026

cc:  Gary-Alan Bedard, pro se