UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gary-Alan Bedard

v. Case No. 25-cv-159-LM

Town of Weare, et al

ORDER

The Court construes the plaintiff's "Response to the Court's dismissal in Affidavit Form" (Doc. No. 16) as an objection to the October 30, 2026 Report and Recommendation. So construed, and after due consideration of the objection filed, the Court hereby approves the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 30, 2026. For the reasons explained therein, the Amended Complaint is dismissed.

The clerk shall enter judgment and close this case.

Landya B. McCafferty
United States District Judge

Date: November 24, 2026